USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: ____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

R. MAGNONI,

                              Plaintiff,

        -against-

SMITH & LAQUERCIA, LLP &
THOMAS LAQUERCIA,

                              Defendants.

-------------------------------------------------x

Civil Action No.
07 CV 9875 (VM)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties in the above-captioned action, that defendants' time to answer, move or

otherwise respond to the Complaint herein is extended to December 13, 2007. Defendants

hereby agree to waive any defenses based upon defects in service of process. This Stipulation

may be executed by facsimile signature and may be filed with the Court without further notice to

either party.

Dated: New York, New York
        November 28, 2007

David Abrams (DA-8126)

305 Broadway, 5th Floor
New York, New York 10007
(212) 897-5821

Attorneys for Plaintiff,
R. Magnoni

ROTTENBERG LIPMAN RICH, P.C.

By: _____
        Harry W. Lipman (HL-4207)

369 Lexington Avenue, 16th Floor
New York, New York 10017
(212) 661-3080

Attorneys for Defendants,
Smith & Laquercia, LLP and
Thomas Laquercia

SO ORDERED: 28 November 2007

U.S.D.J.  Victor Marrero

# ROTTENBERG LIPMAN RICH, P.C.

NEW JERSEY OFFICE
PARK 80 WEST, PLAZA ONE
SADDLE BROOK, NEW JERSEY 07663
TELEPHONE (201) 490-2022
TELECOPIER (201) 490-2040

369 LEXINGTON AVENUE
FIFTEENTH FLOOR
NEW YORK, NEW YORK  10017
TELEPHONE (212) 661-3080
TELECOPIER (212) 867-1914

WWW.RLRPCLAW.COM

HARRY W. LIPMAN
MEMBER
HLIPMAN@RLRPCLAW.COM

November 28, 2007

## BY TELECOPIER

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, New York 10007

> Re:  Magnoni v. Smith & Laquercia, LLP, et al.
>       07 CV 9875 (VM)

Dear Judge Marrero:

We represent defendants, Smith & Laquercia, LLP and Thomas Laquercia (together, "Defendants"), in this action and write to request a two-week extension of Defendants' time to answer, move or otherwise respond to the Complaint herein. Defendants' submission would thus be due December 13, 2007 instead of November 29, 2007. We have made no prior requests for an extension or adjournment, the requested adjournment affects no other scheduled dates in this action, and plaintiff's counsel has consented to our request.

Respectfully,

Harry W. Lipman

HWL:dcd
Enclosure
2070

cc:  David Abrams, Esq. (by telecopier)