**Certificate Pursuant to Rule 7.1**
**Of the Federal Rules of Civil Procedure**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendants hereby certify that Defendants do not have any parent, subsidiary or affiliate entities that have issued publicly held securities or other interests.

Dated: December 12, 2007
New York, New York

                                    ROTTENBERG LIPMAN RICH, P.C.

By: _____
     Thomas E. Chase (TC 8266)
369 Lexington Avenue
Sixteenth Floor
New York, New York 10017
(212) 661-3080
Attorneys for Defendants Smith &
Laquercia, LLP and Thomas Laquercia