David Abrams, Attorney at Law
305 Broadway, 5th Floor, New York, NY
Tel. 212-897-5821 Fax 212-897-5801

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

February 4, 2008

To:  Hon. Victor Marrero                    (by facsimile - 212-805-6382)
     United States District Court
     500 Pearl Street
     New York, NY 10007

     RECEIVED
     FEB - 4 2008
     CHAMBERS OF
     JUDGE MARRERO

Re:  Magnoni v. Smith & Laquercia LLP et al.
     Case No. 07 cv 9875 (VM)

Dear Judge Marrero:

   This office represents the plaintiff in the above-referenced matter. With the permission of your law clerk Mr. Lawson, I am respectfully requesting that the conference scheduled for 10:00 AM on Friday, February 8, 2008 be moved to 9:00 AM on the same day. I am making this request because I have an 11:00 AM conference before Judge Castel and I wish to make sure that there will be no conflict.

   Opposing counsel has consented to this request.

                                             Respectfully yours,

                                             David Abrams

cc:  Tom Chase, Esq.                         (by facsimile - 212-867-1914)

Request GRANTED. The initial status conference herein is rescheduled to 9:00 a.m. on 2-8-08.

SO ORDERED.

2-5-08
DATE         VICTOR MARRERO, U.S.D.J.