**David Abrams, Attorney at Law**
305 Broadway, 5th Floor, New York, NY 10007
Tel. 212-897-5821 Fax 212-897-5811

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08

May 14, 2008

To:  Hon. Victor Marrero   (by fax - 212-805-6382)
     United States District Court
     40 Centre Street
     New York, NY 10007

Re:  <u>Magnoni v. Smith & Laquercia, LLP et al.</u>
     <u>Case No. 07 cv 9875 (VM)</u>

Dear Judge Marrero:

    This office represents the plaintiff in the above-referenced matter. Pursuant to Your Honor's individual practices and the Local Rules, I am writing to respectfully request Court intervention with respect to a discovery dispute that has arisen in this matter.

    By way of background, this matter is an overtime and sexual harassment claim brought by Plaintiff against her former employer.

    Defendants have conditioned their document production on execution of a broad confidentiality agreement. However, as Judge Francis stated in <u>Schiller v. City of New York</u>, 2007 U.S. Dist. LEXIS 4285 (S.D.N.Y. Jan. 19, 2000), in the absence of a protective order, "parties to a lawsuit may disseminate materials obtained during discovery as they see fit." <u>Id.</u> at *7. Further, the party seeking a protective order has the burden of showing that good cause exists for issuance of that order. <u>Id.</u>

    In this matter, Plaintiff has sought production of, among other things, documents concerning her job duties; documents concerning her wages and hours; documents concerning the Defendants' bills and invoices; internal communications of a sexual nature; and so forth.

    I have discussed these issues with Defendant's counsel and in my opinion, he has not yet articulated a compelling reason why such documents should be kept confidential. Most recently, Defendants' counsel has proposed limiting confidentiality to "documents reflecting business matters of a confidential or proprietary nature or documents relating to clients and client matters." While this is a step in the right direction, I respectfully submit that Defendants' most recent proposal is too vague and that in any event, Defendants have not shown good cause.

**David Abrams, Attorney at Law**
305 Broadway, 5th Floor, New York, NY 10007
Tel. 212-897-5821 Fax 212-897-5811

Accordingly, I respectfully request the opportunity to seek an Order directing Defendants to produce documents without requiring a confidentiality stipulation.[1]

Respectfully yours,

*/s/ David Abrams*

David Abrams

cc: Tom Chase, Esq. (by facsimile - 212-867-1914)

---

The parties are directed to address the matter set forth above to Magistrate Judge Douglas F. Eaton, to whom this dispute has been referred for resolution, as well as for supervision of remaining pretrial proceedings, establishing case management schedules as necessary, and settlement.

SO ORDERED.

5-15-08
Date           VICTOR MARRERO, U.S.D.J.

---

[1] Defendants have also objected to producing some of the documents requested by Plaintiff. Inasmuch as Plaintiff has not yet had the opportunity to review Defendants' initial production, I would respectfully reserve the right to challenge those objections at a future date.