```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROBERTA MAGNONI,                    :
                                    :  07 Civ 9875
                Plaintiff,          :
                                    :
     - against -                    :  NOTICE OF CONFERENCE
                                    :
SMITH & LAQUERCIA, LLP,             :
                                    :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

All parties are advised that the conference before Judge Marrero, which was previously scheduled for October 3, 2008 at 10:00 a.m., has been rescheduled for October 24, 2008 at 3:30 p.m.

Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
         3 September 2008

_____
Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08