```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
R. MAGNONI,                        :
                                   :
              Plaintiff,           :    07 Civ. 9875 (VM)
                                   :
      - against -                  :    DECISION AND ORDER
                                   :
SMITH & LAQUERCIA, LLP ET AL.,     :
                                   :
              Defendants.          :
-----------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/11/10

**VICTOR MARRERO, United States District Judge.**

Plaintiff Renata Magnoni ("Magnoni") brought this action against defendants Smith & Laquercia, LLP and Thomas Laquercia for violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., as well as violations of the New York Wage and Hour Law and the New York City Human Rights Law. The Court conducted a bench trial on February 1 and February 2, 2010 to adjudicate Magnoni's claims.

The Court concludes that Magnoni failed to present sufficient evidence to prevail on any of her claims. The Court will set forth in a subsequent decision the findings of facts and conclusions of law required by Federal Rule of Civil Procedure 52(a).

Accordingly, it is hereby

**ORDERED** that the Clerk of the Court is directed to enter judgment in favor of defendants Smith & Laquercia, LLP, and Thomas Laquercia, dismissing the complaint of plaintiff Renata Magnoni; and it is further

**ORDERED** that the Clerk of the Court is directed to withdraw any pending motions and to close this case.

**SO ORDERED.**

Dated:   New York, New York
         11 February 2010

　　　　　　　　　　　　　　　　　　VICTOR MARRERO
　　　　　　　　　　　　　　　　　　     U.S.D.J.